IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KENNETH A. KIRKHAM, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CIV-15-1071-M |
| | ) | |
| v. | ) | Oklahoma County Case No. |
| | ) | CJ-2014-4674 |
| THE CITY OF OKLAHOMA CITY, a | ) | |
| municipal corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE AND PETITION FOR REMOVAL**

COMES NOW the Defendant, The City of Oklahoma City, by and through its counsel, Paula A. Kelly, and petitions this Court for removal of this case to the United States District Court for the Western District of Oklahoma, from the District Court of Oklahoma County, where it was filed as Case Number CJ-2014-4674, pursuant to 28 U.S.C. § 1441(a) and L.Cv.R. 81.2 of the Local Rules of the United States District Court for the Western District of Oklahoma. In support of this Petition, Defendant City states the following:

**A. Introduction**

1. Plaintiff is Kenneth A. Kirkham, and he is represented by Robert J. Wagner and Jon J. Gores

2. Plaintiff has brought this lawsuit against this Defendant. He originally filed a Petition in the District Court of Oklahoma County on August 19, 2014. A copy of the

Oklahoma County Docket Sheet is attached as Exhibit 1, and a copy of Plaintiff's Petition is attached as Exhibit 2.

3. On September 8, 2015, Plaintiff served Defendant City with a summons and copies of the Petition filed in Oklahoma County District Court, Case No. CJ-2014-4674. A copy of the summons is attached as Exhibit 3.

4. Plaintiff alleges in his First Cause of Action that he has been discriminated against in violation of the Americans with Disabilities Act of 1967 as amended and the Age Discrimination Act of 1967 as amended.

### B. Basis for Removal

5. Removal is proper under 28 U.S.C. § 1441(a) because the Petition indicates that the action is brought for damages against Defendants and relief is sought pursuant to the Americans with Disabilities Act of 1967 as amended and the Age Discrimination Act of 1967 as amended, therefore, the Petition presents claims over which this Court has original jurisdiction under 28 U.S.C. §§ 1331 and 1343.

6. The Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b) after it was served with the summons and the Petition.

7. Pursuant to 28 U.S.C. § 1446(a) and L.Cv.R. 81.2, a certified copy of the Docket Sheet from the District Court of Oklahoma County on Case No. CJ-2014-4674 is attached hereto as Exhibit 1. At this time the undersigned counsel for Defendant has inquired of the Clerk of the District Court of Oklahoma County, and there are presently no motions filed or pending in state court at the time of the removal.

       Respectfully submitted,

       KENNETH JORDAN
       Municipal Counselor


    By: /s/Paula A. Kelly
       Paula A. Kelly, OBA #20280
       Assistant Municipal Counselor
       200 North Walker, Suite 400
       Oklahoma City, Oklahoma 73102
       (405) 297-2451 Fax: (405) 297-3851
       paula.kelly@okc.gov
       Attorney for Defendant City


## CERTIFICATE OF FILING IN THE DISTRICT COURT OF OKLAHOMA COUNTY

  This is to certify that on the 28th day of September, 2015, a true and correct copy of the above and foregoing Notice and Petition for Removal was hand-delivered to the Clerk of the Court of the District Court of Oklahoma County.


       /s/Paula A. Kelly
       Assistant Municipal Counselor


## CERTIFICATE OF SERVICE

  I hereby certify that on the 28th day of September, 2015, I electronically transmitted the attached Notice and Petition for Removal to the Clerk of Court using the ECF System for filing and such was mailed via First Class U. S. Mail to: Robert J. Wagner and Jon Gores, WAGNER & WAGNER, P.C., 4401 N. Classen Blvd., Suite 100, Oklahoma City, OK 73118.


       /s/ Paula A. Kelly
       Assistant Municipal Counselor