

# OKLAHOMA
## State Courts Network

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR OKLAHOMA COUNTY, OKLAHOMA

| | |
|---|---|
| Kenneth A Kirkham,<br>    Plaintiff,<br>v.<br>CITY OF OKLAHOMA CITY,<br>    Defendant. | No. CJ-2014-4674<br>(Civil relief more than $10,000: WRONGFUL TERMINATION)<br><br>Filed: 08/19/2014<br><br>Judge: Stuart, Roger H. |

## PARTIES

CITY OF OKLAHOMA CITY, Defendant
Kirkham, Kenneth A, Plaintiff

## ATTORNEYS

**Attorney**
Wagner, Robert J (Bar #16902)
WAGNER & WAGNER PC
4401 N CLASSEN BLVD
SUITE 100
OKLAHOMA CITY, OK 73118

**Represented Parties**
Kirkham, Kenneth A

## EVENTS

None

## ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**    Issue: WRONGFUL TERMINATION (TERMINATE)
            Filed By: Kirkham, Kenneth A



EXHIBIT 1

Filed Date: 08/19/2014

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | Count | Party | Amount |
|---|---|---|---|---|---|
| 08-19-2014 | TEXT | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | 1 | | |
| 08-19-2014 | TERMINATE | WRONGFUL TERMINATION | | | |
| 08-19-2014 | DMFE | DISPUTE MEDIATION FEE | | | $ 2.00 |
| 08-19-2014 | PFE1 | PETITION | | | $ 163.00 |
| 08-19-2014 | PFE7 | LAW LIBRARY FEE | | | $ 6.00 |
| 08-19-2014 | OCISR | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | $ 25.00 |
| 08-19-2014 | CCADMIN02 | COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS | | | $ 0.20 |
| 08-19-2014 | OCJC | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | | $ 2.00 |
| 08-19-2014 | OCASA | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | | $ 5.00 |
| 08-19-2014 | CCADMIN04 | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | $ 0.50 |
| 08-19-2014 | LTF | LENGTHY TRIAL FUND | | | $ 10.00 |
| 08-19-2014 | SMF | SUMMONS FEE (CLERKS FEE) | | | $ 5.00 |
| 08-19-2014 | P | PETITION<br>Document Available (#1026844290) TIFF PDF | | | |
| 08-19-2014 | EAA | ENTRY OF APPEARANCE<br>Document Available (#1026858970) TIFF PDF | | | |
| 08-19-2014 | TEXT | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE STUART, ROGER H. TO THIS CASE. | | | |
| 08-19-2014 | ACCOUNT | RECEIPT # 2014-3426651 ON 08/19/2014.<br>PAYOR:WAGNER & WAGNER TOTAL AMOUNT PAID: $218.70.<br>LINE ITEMS:<br>CJ-2014-4674: $168.00 ON AC01 CLERK FEES.<br>CJ-2014-4674: $6.00 ON AC23 LAW LIBRARY FEE.<br>CJ-2014-4674: $0.70 ON AC31 COURT CLERK REVOLVING FUND.<br>CJ-2014-4674: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.<br>CJ-2014-4674: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.<br>CJ-2014-4674: $2.00 ON AC64 DISPUTE MEDIATION FEES.<br>CJ-2014-4674: $25.00 ON AC79 OCIS REVOLVING FUND.<br>CJ-2014-4674: $10.00 ON AC81 LENGTHY TRIAL FUND. | | | |
| 08-21-2015 | APLI | APPLICATION FOR LEAVE TO SERVE SUMMONS ON DEFENDANTS OUTSIDE OF 180 DAYS AFTER FILING PETITION<br>Document Available (#1030328936) TIFF PDF | | | |
| 09-02-2015 | O | ORDER EXTENDING DEADLINE FOR SERVICE<br>Document Available (#1030780176) TIFF PDF | | | |

| | |
|---|---|
| 09-09-2015 SMS | SUMMONS RETURNED, SERVED: CITY OF OKLAHOMA CITY BY CERTIFIED MAIL, SIGNED BY K. RUSSELL 9-4-15<br>*Document Available (#1030337368)* 📄 *TIFF*  📄 *PDF* |