# IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

2015 SEP 8 AM 8 52

CITY OF
OKLAHOMA CITY, OKLA
OFFICE OF
CITY CLERK

| | |
|---|---|
| KENNETH A. KIRKHAM,<br>    *Plaintiff,*<br>vs.<br>CITY OF OKLAHOMA CITY,<br>    *Defendant.* | Case No.<br><br>CJ - 2014 - 4674 |

## SUMMONS AND NOTICE

TO THE ABOVE-NAMED RESPONDENT:   City of Oklahoma City
   420 W. Main
   Oklahoma City, OK 73102

    You have been sued by the above-named Plaintiff, and you are directed to file a Response to the attached Petition in the office of the Court Clerk in the County named above **within twenty (20) days** after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your Response must be delivered or mailed to the attorney for Plaintiff or to the Plaintiff if not represented by an attorney.

**Unless you respond to the Petition within the time stated, judgment will be rendered against you for the relief demanded in the petition, with costs of the action.**

Issued this 14 day of August, 2014.

Tim Rhodes – Court Clerk

By: _____
   Deputy

Submitted by:

_____
Robert J. Wagner, OBA #016902
Jon J. Gores, OBA #031068
WAGNER & WAGNER, P.C.
4401 N. Classen Blvd., Suite 100
Oklahoma City, OK 73118
(405) 521-9499, (Fax) 521-8994

> **YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR RESPONSE. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT A RESPONSE MAY BE FILED WITHIN THE TIME LIMIT STATED IN THE SUMMONS.**

This Summons AND Notice was served on this ___ day of _____, 2014.
*Via:* ☐ Personal Service; ☐ Certified Mail No.:_____;
     ☐ Leaving at residence with _____; ☐ Other _____.

_____
Name of Person Serving Summons


EXHIBIT 3